# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER F. WARDLE *ET AL.*,<br><br>Defendants. | **Case No. CV-23-20-BU-BMM**<br><br>**ORDER** |

Based upon plaintiff United States's Motion seeking default judgment pursuant to Fed. R. Civ. P. 55(b) against Defendants Capital One, N.A. a/k/a Capital One Bank (USA), N.A. ("Capital One"), and Centron Services, Inc., and based upon their failure to plead or otherwise defend, and good cause found, **IT IS HEREBY ORDERED**:

Default judgment is entered against Defendants Capital One and Centron Services, that their interests, if any, in the subject property at 365 Coffee Creek Road in Bozeman are junior to the lien of the United States of America, that the subject property was sold free and clear of any interests of Capital One and Centron Services, and they are entitled to none of the proceeds from the judicial sale of that property in this case.

**DATED** this 17th day of January 2025.

Brian Morris, Chief District Judge
United States District Court